UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00305-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS RAUL DE LA PAZ-SALINAS, a/k/a Alex Morado,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Notice of Disposition, [ECF No. 10], filed in the above matter on August 9, 2012. In the Notice, Defendant advises the Court that he will plead guilty to the Indictment in this case, and requests that the Court conduct the sentencing hearing on the date of the change of plea.

Mr. De La Paz-Salinas further advises that he waives the minimum notice requirements of Rule 32(e)(2) of the Federal Rules of Criminal Procedure and requests the preparation of a modified presentence report before his plea of guilty. He also consents to the disclosure of the report to the Court, the Government, and to his attorneys before the change of plea. Accordingly, it is

ORDERED that the Minute Order [ECF No. 11], filed August 16, 2012 is **AMENDED** to reflect that the Change of Plea hearing set for **Wednesday, October 24, 2012 at 10:00** a.m. in Courtroom A-1002 will **followed by immediate sentencing.** It is

FURTHER ORDERED that the Probation Department shall prepare a modified presentence report to be disclosed to the parties and the Court before the hearing.

Dated: August 20, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge